IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

DRE Health Corporation, )
        Plaintiff, )
) Case No. 4:22-cv-00031-RK
vs. )
) Date: Tuesday, January 21, 2025
Berkley Equity Limited, et al., )
        Defendants. )

MINUTES OF JURY TRIAL

HONORABLE Roseann A. Ketchmark, presiding at Kansas City, Missouri

Nature of Proceeding: Civil Jury Trial – DAY 6 (Jurors not in attendance)

Time Commenced: 8:30 AM      Time Terminated: 9:40 PM

Plaintiff by: **G. Edgar James**      Defendant by: **Stuart N Kaplan**
        **Nicholas Robert Rodriguez**         **Thomas J Ali**
        **Wayne C. Stansfield**         **Marc Johnson**
        **Amy M Kerlin**

| Proceedings | Witness(es) |
|---|---|
| **MORNING:** Counsel, plaintiff and defendant Lyons present in person. Trial matters taken up as stated on the record – 8:30 a.m. Witness rule invoked – 9:03 a.m. Defense proffers Anthony Lyons. Direct and cross examinations conducted – 9:04 a.m.<br><br>**AFTERNOON:** Recess – 12:35. In session. Proffer of Lyons resumes – 12:50 p.m. Recess – 1:43 p.m. In session. Local counsel Marc Johnson excused – 2:28 p.m. Defense proffers Matt Ortalani. Direct and cross examinations conducted – 2:30 p.m. Recess – 5:10 p.m. In session. Trial matters discussed – 5:45 p.m. Recess – 7:30 p.m. In session. Trial matters discussed – 8:36 p.m.<br><br>Jury anticipated to return on Wednesday, 01/22/2025 at noon. Attorneys instructed to return by 8:30 a.m. Court adjourned – 9:40 a.m. | Anthony Lyons (9:04 a.m.)<br><br>Matt Ortalani (2:30 p.m.) |

Court Reporter: Jean Crawford      By Courtroom Deputy: LaTandra Wheeler