IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DRE-HEALTH CORPORATION, | |
| Plaintiff, | |
| v. | Case No.: 4:22-cv-00031-RK |
| BERKLEY EQUITY LIMITED & ANTHONY LYONS, | |
| Defendants. | |

## NOTICE OF LIEN

COMES NOW DRE Health Corporation's attorneys, and hereby notifies the Court and the Parties that DRE Health Corporation attorneys issued the attached notice of lien pursuant to R.S.Mo. § 484.130 and R.S.Mo. § 484.140 attached as Exhibits A and B hereto.

Dated: January 27, 2025

                                              **JAMES SOBBA, LLC**

                                              */s/ G. Edgar James*
                                              G. EDGAR JAMES (MO #49585)
                                              4435 Main Street, Suite 910
                                              Kansas City, Missouri 64111
                                              Telephone: (816) 623-544
                                              ejames@jamessobba.com

                                              *Attorney for DRE Health Corporation*
                                              *and Ahmed "Isaac" Bawany*

                                              and

REED SMITH LLP

*/s/ Wayne C. Stansfield*
JOSEPH J. TUSO (*Pro Hac Vice*)
WAYNE C. STANSFIELD (*Pro Hac Vice*)
NICHOLAS R. RODRIGUEZ (*Pro Hac Vice*)
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Email: jtuso@reedsmith.com
Email: wstansfield@reedsmith.com
Email: nrodriguez@reedsmith.com

AMY M. KERLIN (*Pro Hac Vice*)
225 Fifth Avenue,
Suite 1200
Pittsburgh, PA 15222
Email: akerlin@reedsmith.com

DEVAN DAL COL (*Pro Hac Vice*)
2850 N Harwood St., Suite 1500
Dallas, TX 75201
Email: ddalcol@reedsmith.com

*Attorneys for DRE Health Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 27, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's electronic filing system which will send notice of filing to all participants receiving notice.

                                                            */s/ G. Edgar James*
                                                            *Attorney for DRE Health Corporation and*
                                                            *Ahmed "Isaac" Bawany*