# EXHIBIT A



**Wayne C. Stansfield**
Direct Phone: +1 215 851 8218
Email: wstansfield@reedsmith.com

Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
+1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

January 27, 2025

**VIA CERTIFIED MAIL & EMAIL**

Stuart N. Kaplan, Esquire
The Law Offices of Stuart N. Kaplan, P.A.
3399 PGA Boulevard, Suite 150
Palm Beach Gardens, Florida 33410
skaplan@stuartkaplanpa.com

Thomas J. Ali, Esquire
The Law Offices of Thomas J. Ali, P.A.
3399 PGA Boulevard, Suite 150
Palm Beach Gardens, Florida 33410
tali@stuartkaplanpa.com

N. Scott Rosenblum, Esquire
Rosenblum Schwartz & Fry, P.C.
120 South Central Avenue, Suite 130
Clayton, Missouri 63105
srosenblum@rsflawfirm.com,

  Re: ***DRE Health Corporation v. Berkley Equity Limited and Anthony Lyons; Case No.: 4:22-cv-00031-RK; United States District Court Western District of Missouri; Notice of Attorneys' Lien***

Counsel:

  We write to you in your capacity as counsel for Berkley Equity Limited and Anthony Lyons (collectively, "Berkley"). Consider this letter as notice of lien pursuant to RSMo. § 484.130 and RSMo. § 484.140.

  You are hereby notified that the undersigned attorneys-at-law have a contract with DRE Health Corporation ("DRE") for legal services rendered and to be rendered by them in and about the prosecution, settlement, and adjustment of certain claims or causes of action against your clients Berkley Equity Limited and Anthony Lyons for breach of contract, negligent misrepresentation, fraudulent inducement, fraudulent misrepresentation, and civil conspiracy as asserted and prosecuted in *DRE Health Corporation v. Berkley Equity Limited and Anthony Lyons; Case No.: 4:22-cv-00031-RK; United States District Court Western District of Missouri*.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

**ReedSmith**

   The claim of DRE exceeds $195,000,000.00 plus applicable interest and for DRE's costs and reasonable attorney's fees. According to the terms of the contract of the undersigned attorneys with DRE, my law firm is to receive as compensation for its services a fee of twenty five percent (25%) of any gross recovery, whether by suit, compromise or otherwise, in *DRE Health Corporation v. Berkley Equity Limited and Anthony Lyons; Case No.: 4:22-cv-00031-RK; United States District Court Western District of Missouri*. In addition, our firm is also entitled to recover a fixed fee and out of pocket expenses since the inception of the case, and such fixed fee and out of pocket expenses owed by DRE exceed $500,000.00.

         Very truly yours,

         /s/ *Wayne C. Stansfield*

         Wayne C. Stansfield


cc: Isaac Bawany, CEO, DRE Health Corporation (*via email*)