IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| DRE Health Corporation, | ) | |
|       Plaintiff, | ) | |
| | ) | Case No. 4:22-cv-00031-RK |
| vs. | ) | |
| | ) | Date: Monday, January 27, 2025 |
| Berkley Equity Limited, et al., | ) | |
|       Defendants. | ) | |

MINUTES OF JURY TRIAL

HONORABLE Roseann A. Ketchmark, presiding at Kansas City, Missouri

---

Nature of Proceeding: Civil Jury Trial – DAY 10

Time Commenced: 8:30 AM      Time Terminated: 3:10 PM

Plaintiff by: **G. Edgar James**      Defendant by: **Stuart N Kaplan**
            **Nicholas Robert Rodriguez**                        **Thomas J Ali**
            **Wayne C. Stansfield**
            **Amy M Kerlin**

| Proceedings | Witness(es) |
|---|---|
| **MORNING:** Jury resumes deliberations – 8:30 a.m. Jury request/question. Jury opts to resume deliberating while waiting on answer. Counsel for Plaintiff appears in-person. Counsel for defense appears via telephone – 9:30 a.m. Jury resumes deliberation with answer to request/question – 9:52 a.m. Jury request/question. Jury opts to resume deliberations while waiting for answer. Counsel for Plaintiff appears in-person. Counsel for defense appears via telephone – 11:17 a.m. Jury resumes deliberations with answer to request/question – 11:59 p.m.<br><br>**AFTERNOON:** Jury notifies the Court of verdict – 2:40 p.m. In session. All parties present. On record discussion(s) – 2:45 p.m. Jury seated – 3:00 p.m. Court finds verdicts forms are in proper form and reads verdicts into the record: Jury finds in favor for defendant. Jury polled – 3:02 p.m. Jury released from service – 3:10 p.m. | |

Plaintiff rests: 01/23/2025 @ 5:27          Defense rests: 01/23/2025 @6:03 p.m