# VERDICT FORM A

## Count A: Breach of Contract

**Invoice 279722 (the "Larger September 15 Invoice")**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the issue of whether Berkley's breach of the Larger September 15 Invoice caused DRE damages, we find in favor of:

_Defendant, Berkley Equity Ltd_

| (Plaintiff DRE Health Corporation) | or | (Defendant Berkley Equity Limited) |

**Note:** Complete the following paragraph(s) only if the above finding of damages is in favor of DRE.

1. On DRE's claim for breach of contract regarding the Larger September 15 Invoice against Berkley, we, the undersigned jurors, find DRE's Benefit of the Bargain damages to be: (state the amount or, if none, write the word, "none")

Benefit of the Bargain Damages:      $ _____

**-OR-**

2. On DRE's claim for breach of contract regarding the Larger September 15 Invoice against Berkley, we, the undersigned jurors, find DRE's Out of Pocket (Direct) Damages to be: (state the amount or, if none, write the word, "none")

Out of Pocket (Direct) Damages: $ _____

**Note:** If you find that DRE has proven by a preponderance of the evidence that DRE has suffered damages in the form of Benefit of the Bargain Damages, you should award DRE an amount in Bullet No. 1 above.

In the alternative to finding Benefit of the Bargain Damages: If you find that DRE has suffered damages in the form of Out of Pocket (Direct) Damages, you should award DRE an amount in Bullet No. 2 above.

However, you should not award both Benefit of the Bargain Damages and Out of Pocket (Direct) Damages as the law does not allow for recovery of both simultaneously.

1/27/2025

# VERDICT FORM B

## Count B: Breach of Contract

### Invoice 279723 (the "Smaller September 10 Invoice")

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the issue of whether Berkley's breach of the Smaller September 10 Invoice caused DRE damages, we find in favor of:

_____*Defendant Berkley Equity Limited*_____

(Plaintiff DRE Health Corporation)     or     (Defendant Berkley Equity Limited)

**Note:** Complete the following paragraph only if the above finding of damages is in favor of DRE.

1.     On DRE's claim for breach of contract regarding the Smaller September 10 Invoice against Berkley, we, the undersigned jurors, find DRE's Benefit of the Bargain damages to be: (state the amount or, if none, write the word, "none")

Benefit of the Bargain Damages:     $ _____

**-OR-**

2.     On DRE's claim for breach of contract regarding the Smaller September 10 Invoice against Berkley, we, the undersigned jurors, find DRE's Out of Pocket (Direct) Damages to be: (state the amount or, if none, write the word, "none")

Out of Pocket (Direct) Damages: $ _____

**Note:** If you find that DRE has proven by a preponderance of the evidence that DRE has suffered damages in the form of Benefit of the Bargain Damages, you should award DRE an amount in Bullet No. 1 above.

In the alternative to finding Benefit of the Bargain Damages: If you find that DRE has proven by a preponderance of the evidence that DRE has suffered damages in the form of Out of Pocket (Direct) Damages, you should award DRE an amount in Bullet No. 2 above.

However, you should not award both Benefit of the Bargain Damages and Out of Pocket (Direct) Damages as the law does not allow for recovery of both simultaneously.

VERDICT FORM C1

## Count C: Fraudulent Inducement – **Berkley**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On DRE's claim for fraudulent inducement **against Berkley**, we find in favor of:

_____Defendant (Berkley Equity Limited)_____

(Plaintiff DRE Health Corporation)　　　　or　　　　(Defendant Berkley Equity Limited)

**Note:** Complete the following paragraph only if the above finding is in favor of DRE.

We assess the damages of DRE, as set forth in Instruction No. 23, as follows:

For consequential damages of $ _____ (state the amount or, if none, write the word, "none")

1/27/2025

Case 4:22-cv-00031-RK    Document 281    Filed 01/27/25    Page 3 of 11

VERDICT FORM C2

## Count C: Fraudulent Inducement – **Lyons**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On DRE's claim for fraudulent inducement **against Lyons**, we find in favor of:

_Defendant Anthony Lyons_
_____
(Plaintiff DRE Health Corporation)    or    (Defendant Anthony Lyons)

**Note:**   Complete the following paragraph only if the above finding is in favor of DRE.

We assess the damages of DRE, as set forth in Instruction No. 24, as follows:

For consequential damages of $ _____ (state the amount or, if none, write the word, "none")

VERDICT FORM D1

Count D: Fraudulent Misrepresentation – **Berkley**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On DRE's claim for fraudulent misrepresentation **against Berkley**, we find in favor of:

_Defendant, Berkley Equity Limited_

| (Plaintiff DRE Health Corporation) | or | (Defendant Berkley Equity Limited) |

**Note:** Complete the following paragraph only if the above finding is in favor of DRE.

We assess the damages of DRE, as set forth in Instruction No. 25, as follows:

For consequential damages of $ _____ (state the amount or, if none, write the word, "none")

_[signature]_

_1/27/2025_

VERDICT FORM D2

Count D: Fraudulent Misrepresentation – **Lyons**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On DRE's claim for fraudulent misrepresentation **against Lyons**, we find in favor of:

_Defendant Anthony Lyons_
_____
(Plaintiff DRE Health Corporation)        or        (Defendant Anthony Lyons)

**Note:**   Complete the following paragraph only if the above finding is in favor of DRE.

We assess the damages of DRE, as set forth in Instruction No. 26, as follows:

For consequential damages of $ _____ (state the amount or, if none, write the word, "none")

_[signature]_

1/27/2025

Case 4:22-cv-00031-RK    Document 281    Filed 01/27/25    Page 6 of 11

VERDICT FORM E1

Count E: Negligent Misrepresentation – **Berkley**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On DRE's claim for negligent misrepresentation **against Berkley**, we find in favor of:

_____*Defendant Berkley Equity Limited*_____

(Plaintiff DRE Health Corporation)    or    (Defendant Berkley Equity Limited)

**Note:** Complete the following paragraph only if the above finding is in favor of DRE.

We assess the damages of DRE, as set forth in Instruction No. 27, as follows:

For consequential damages of $ _____ (state the amount or, if none, write the word, "none")

VERDICT FORM E2

Count E: Negligent Misrepresentation – **Lyons**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On the claim of DRE for negligent misrepresentation **against Lyons,** we find in favor of:

_____*Defendant Anthony Lyons*_____
(Plaintiff DRE Health Corporation)        or        (Defendant Anthony Lyons)

**Note:** Complete the following paragraph only if the above finding is in favor of DRE.

We assess the damages of Plaintiff DRE, as set forth in Instruction No. 28, as follows:

For consequential damages of $ _____ (state the amount or, if none, write the word, "none")

*[signature]*

*1/27/2025*

VERDICT FORM F

Count F: Civil Conspiracy – **Berkley and Lyons, jointly**

**Note:** Complete the following paragraph by writing in the name required by your verdict.

On DRE's claim for civil conspiracy **against Berkley and Lyons, jointly**, we find in favor

of:

_Defendants: Berkley Equity Limited & Anthony Lyons_
(Plaintiff DRE Health Corporation) or (Defendants Berkley Equity Limited and Anthony Lyons)

SPECIAL INTERROGATORY NO. 1

On DRE's request for punitive damages **against Berkley**, we, the undersigned jurors, find

in favor of:

_Defendant Berkley Equity Limited_
_____
(Plaintiff DRE Health Corporation)          or          (Defendant Berkley Equity Limited)

1/27/2025

Case 4:22-cv-00031-RK    Document 281    Filed 01/27/25    Page 10 of 11

SPECIAL INTERROGATORY NO. 2

On DRE's request for punitive damages **against Lyons**, we, the undersigned jurors, find in favor of:

_____Defendant Anthony Lyons_____

(Plaintiff DRE Health Corporation)　　　or　　　(Defendant Anthony Lyons)

1/27/2025