IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

# DRE Health Corporation v. Berkley Equity Limited, et al
Case No. 4:22-cv-00031-RK

## JURY'S QUESTION OR REQUEST

**The jury has the following question/request:**

All documents related to shipping for Invoice 23; All documents related to financial expert; All emails

Date: 1-27-2025
Time: 9:22

By: [signature]

**Response from the Court:**

Please see attached the requested documents. Including PD1 pursuant to Rule 107(b)(2) good cause.

[signature]
Roseann A. Ketchmark
U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## DRE Health Corporation v. Berkley Equity Limited, et al
Case No. 4:22-cv-00031-RK

JURY'S QUESTION OR REQUEST

**The jury has the following question/request:**

We would like to see the following: SPA, Terms & Conditions, Onboarding, Addendum, Invoice 29722, Invoice 29723, all WhatsApp text messages entered into evidence, proof of funds & list of stipulations

Date: 1-24-2025
Time: 4:30p

By: [signature]

**Response from the Court:**

Please find attached the requested items.

[signature]
Roseann A. Ketchmark
U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## DRE Health Corporation v. Berkley Equity Limited, et al
Case No. 4:22-cv-00031-RK

JURY'S QUESTION OR REQUEST

**The jury has the following question/request:**

Transfer of title from AnGo to Berkley for Invoice 23

Date: 1-27-2025
Time: 11:11

By: [signature]

**Response from the Court:**

"Transfer of title" was not an issue presented and reflected in the admitted exhibits during trial.

[signature]
Roseann A. Ketchmark
U.S. District Court Judge